**No. 09M70. Terry Williams, Petitioner v. United States District Court for the Central District of California, et al.**

559 U.S. 933, 130 S. Ct. 1568, 176 L. Ed. 2d 107, 2010 U.S. LEXIS 1244.

February 22, 2010. Motion for leave to proceed in forma pauperis with the declaration of indigency under seal denied.

**No. 08-998. Jan Hamilton, Chapter 13 Trustee, Petitioner v. Stephanie Kay Lanning.**

559 U.S. 934, 130 S. Ct. 1568, 176 L. Ed. 2d 107, 2010 U.S. LEXIS 1257.

February 22, 2010. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

**No. 08-1394. Jeffrey K. Skilling, Petitioner v. United States.**

559 U.S. 934, 130 S. Ct. 1568, 176 L. Ed. 2d 107, 2010 U.S. LEXIS 1266.

February 22, 2010. Motion of petitioner for leave to file a supplemental volume of the joint appendix under seal granted.

**No. 09-338. Paul Renico, Warden, Petitioner v. Reginald Lett.**

559 U.S. 934, 130 S. Ct. 1568, 176 L. Ed. 2d 107, 2010 U.S. LEXIS 1171.

February 22, 2010. Motion of petitioner to dispense with printing the joint appendix granted.

**No. 09-520. CSX Transportation, Inc., Petitioner v. Alabama Department of Revenue, et al.**

559 U.S. 934, 130 S. Ct. 1568, 176 L. Ed. 2d 107, 2010 U.S. LEXIS 1134.

February 22, 2010. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

**No. 09-654. Ortho Biotech Products, L.P., Petitioner v. United States ex rel. Chinyelu Duxbury.**

559 U.S. 934, 130 S. Ct. 1568, 176 L. Ed. 2d 107, 2010 U.S. LEXIS 1332.

February 22, 2010. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

**No. 09-7260. Ignacio Reynoso, Petitioner v. David Rock, Superintendent, Great Meadow Correctional Facility.**

559 U.S. 934, 130 S. Ct. 1569, 176 L. Ed. 2d 107, 2010 U.S. LEXIS 1238.

February 22, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 09-8074. Jonathan Jay Parker, Petitioner v. ASRC Omega Natchiq.**

559 U.S. 934, 130 S. Ct. 1569, 176 L. Ed. 2d 107, 2010 U.S. LEXIS 1230.

February 22, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until March 15, 2010, within which to pay the docketing fees required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.